NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES McCOURT and MABEL McCOURT,<br>  Plaintiffs,<br><br>v.<br><br>A.O. SMITH WATER PRODUCTS CO., *et al.*<br>  Defendants. | Civil Action No.: 14-221 (CCC)<br><br>ORDER |

**CECCHI, District Judge.**

This matter comes before the Court on the Plaintiffs' motion to remand this case to the Superior Court of New Jersey, Middlesex County. (ECF No. 12). On August 5, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that this matter was properly removed and is therefore properly before this Court. (ECF No. 69). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, dated August 5, 2014, and for substantially the same reasons stated therein,

IT IS on this 11 day of September, 2014

**ORDERED** that this Court adopts Judge Dickson's August 5, 2014 Report and Recommendation and thus denies Plaintiff's motion to remand.

HON. CLAIRE C. CECCHI
**United States District Judge**